IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


KEITH BAILEY                                    )
                                                )
v.                                              )        NO. 3:13-1318
                                                )        JUDGE CAMPBELL
SOCIAL SECURITY ADMINISTRATION )
and SSA-EMAIL NOTIFICATION           )


ORDER


        Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A)

and (B), this case is referred to the Magistrate Judge for a scheduling order, for decision on all

nondispositive matters, and for a Report and Recommendation on disposition of Plaintiff's

Complaint for judicial review of the decision of the Social Security Administration.

        IT IS SO ORDERED.




                                            _____
                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE