IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH BAILEY | ) |
| | ) |
| v. | ) NO. 3-13-1318 |
| | ) JUDGE CAMPBELL |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 32), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Approval of Attorney Fees (Docket No. 28) is GRANTED, and the Commissioner of Social Security shall pay attorney Michael P. Williamson the requested amount of $18,502.50 from funds withheld from Plaintiff's benefits award in this case.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE